# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Case No. 1:14-CV-00195

| | |
|---|---|
| JENEEN BROWN, as an individual and as a representative of the classes,<br><br>        Plaintiff,<br><br>   v.<br><br>DELHAIZE AMERICA, LLC, and FOOD LION, LLC,<br><br>        Defendants. | **PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND NAMED PLAINTIFF INCENTIVE AWARD (UNOPPOSED)** |

Plaintiff Jeneen Brown, by and through her counsel, respectfully moves the Court for an Order granting Plaintiff's Unopposed Motion for Attorneys' Fees, Costs, and Named Plaintiff Incentive Award, awarding Class Counsel one-third of the Settlement Fund as attorneys' fees and $16,962.92 for costs, and awarding Named Plaintiff Jeneen Brown an Incentive Award in the amount of $2,000. Defendants do not oppose this Motion.

Date: April 17, 2015

NICHOLS KASTER, PLLP

By: /s/E. Michelle Drake
    E. Michelle Drake*
    Email: drake@nka.com
    Daniel C. Bryden*
    Email: dbryden@nka.com
    4600 IDS Center
    80 South Eighth Street
    Minneapolis, Minneapolis 55402
    Telephone: (612) 256-3200

1

Facsimile:  (612) 215-6870
*appearing by *special appearance*

F. Hill Allen
North Carolina State Bar No. 18884
E-mail: hallen@tharringtonsmith.com
**THARRINGTON SMITH, L.L.P.**
P.O. Box 1151
Raleigh, NC 27602-1151
Telephone: 919-821-4711
Facsimile: 919-829-1583

*Attorneys for Plaintiff and Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2015, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system and have verified that such filing will be sent

electronically using the CM/ECF system to all counsel of record for Defendants.

Dated: April 17, 2015                    /s/E. Michelle Drake
                                         E. Michelle Drake