IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JENEEN BROWN, as an individual and as a representative of the classes,<br><br>        Plaintiff,<br><br>  v.<br><br>DELHAIZE AMERICA, LLC, and FOOD LION, LLC,<br><br>        Defendants. | Case No. 1:14-CV-00195 |

**ORDER**

Based on the parties' Stipulation to Set Final Approval Motion Filing Deadline (Doc. 71),

IT IS HEREBY ORDERED that Plaintiff is to file her Unopposed Motion for Final Approval on or before July 6, 2015.

                                                  /s/   Thomas D. Schroeder
                                                  United States District Judge

May 28, 2015